IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-085 |
| | § | |
| OCTAVIO MEDRANO BOCANEGRA | § | |

**O R D E R**

The defendant filed an unopposed motion to substitute counsel. (Docket Entry No. 14). The motion is granted. George J. Parnham will be substituted as attorney of record for the defendant.

The defendant filed an unopposed motion for continuance, (Docket Entry No 15.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 27, 2014 |
| Responses are to be filed by: | June 9, 2014 |
| Pretrial conference is reset to**:** | **June 16, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 23, 2014 at 9:00 a.m.** |

SIGNED on April 11, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge