# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-085 |
| | § | |
| OCTAVIO F. MEDRANO BOCANEGRA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Nancy Johnson for the purpose of administering the plea of guilty and the FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court.

SIGNED on October 16, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge