IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-14-085 |
| OCTAVIO MEDRANO BOCANEGRA | | |

# O R D E R

The defendant filed an unopposed motion to extend the objections deadline and for a continuance of the sentencing hearing, (Docket Entry No. 32). The motion for continuance is GRANTED. Objections to the presentence report are due by May 14, 2015. The sentencing hearing is reset to **May 27, 2015 at 9:00 a.m.**

SIGNED on March 31, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge