IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-14-085 |
| § | |
| OCTAVIO MEDRANO BOCANEGRA § | |

**O R D E R**

The defendant filed an unopposed motion for a continuance of the sentencing hearing, (Docket Entry No. 41). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 13, 2015 at 9:00 a.m.**

SIGNED on May 29, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge